## COMMONWEALTH OF MASSACHUSETTS

*District of Massachusetts*  *United States District Court*
CIVIL ACTION NO.
04 10932 MEL

*Safety Insurance Company*

vs.   **COMPLAINT**
(Motor Vehicle)

*United States of America*   MAGISTRATE JUDGE

### PARTIES

1. The Plaintiff is Safety Insurance Company, a Massachusetts insurance corporation duly organized and existing with a usual place of business at 20 Custom House Street, Boston, MA, as Subrogee of Edwin Colon, P.O.Box 365275, Hyde Park, MA and the Defendants are United States of America c/o U.S. Postal Service, 25 Dorchester Avenue, Boston, MA.

### COUNT ONE

2. The Plaintiff says that on or about September 3, 2002 at or near 25 Dorchester Avenue, Boston, MA, the Defendant United States of America by a person for whom the Defendant United States of America was legally responsible, so carelessly and negligently operated a motor vehicle so as to cause the same to run into and collide with the motor vehicle owned by the said Edwin Colon.

3. That as a result thereof, the motor vehicle owned by the said Edwin Colon was broken and damaged to the amount of $2,495.84.

4. That the Plaintiff, as insurer for the said Edwin Colon was obligated and did expend the sum of $2,495.84.

WHEREFORE, THE PLAINTIFF RESPECTFULLY DEMANDS JUDGMENT UNDER COUNT ONE TOGETHER WITH INTEREST AND COSTS THEREON.
Dated this 6 day of May, 2004.

By Plaintiff's Attorneys,

O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000
(BBO#378185-TCOK)
(OF# SS-03-567)
(YF# 1383859)

RECEIPT # 55799
AMOUNT $ 150
SUMMONS ISSUED 1
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 5-11-04

## JURY DEMAND

Plaintiff hereby respectfully demands a trial by jury.

Dated this ___6___ day of ___May___, 2004.

By the Plaintiff's Attorneys:

_____
O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000