COMMONWEALTH OF MASSACHUSETTS

District of Massachusetts

United States District Court
CIVIL ACTION NO.

Safety Insurance Company   )
                           )
vs.                        )
                           )
United States of America   )

### JURY DEMAND

The Plaintiff hereby respectfully demands a trial by jury in either or both Superior Court or District Court.

Dated this 6 day of May, 2004.

By the Plaintiff's Attorneys:

O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000