AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
District of

SAFETY INSURANCE COMPANY
V.
UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 10932 MEL**

TO: (Name and address of Defendant)

United States of America
c/o U.S. Postal Service
25 Dorchester Avenue
Boston, MA 02205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O'Keefe & Gale
180 W. Central Street
Natick, MA 01760
(508)655-0000
(OF# SS-03-567)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

5-11-04

DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

May 26, 2004
I hereby certify and return that on 5/25/2004 at 8:30:00 AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Linda Cavalo, agent, person in charge at the time of service for United States Of America, at Suite 9200, 1 Courthouse Way, U.S. Attorney''s Office Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    Robert Foscaldo

*Deputy Sheriff*

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                              *Signature of Server*

                                        _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.