IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFETY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Civil Action No.: 04-10932- MEL |

## UNITED STATES' MOTION TO DISMISS SAFETY INSURANCE COMPANY'S COMPLAINT

The Defendant, United States of America, pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, moves this Court to dismiss Plaintiff's Complaint for the reasons that are more fully set forth in the accompanying Memorandum of the United States' Motion to Dismiss.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Christopher Alberto
    Christopher Alberto
    Assistant U.S. Attorney
    District of Massachusetts
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3311

CERTIFICATE OF SERVICE

      I, Christopher Alberto, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon plaintiff's counsel of record, by first-class mail on July 15, 2004 to Charles C. Gale, O'Keefe & Gale, 180 West Central Street, Natick, MA 01760.

      /s/ Christopher Alberto
      Christopher Alberto
      Assistant U.S. Attorney