### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFETY INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 04-10932 MEL |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### DECLARATION

I, Cynthia Hibbler, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed with the United States District Court for the District of Massachusetts, and that it is the legal equivalent of a statement under oath.

1. I serve as a Tort Claims Specialist for the United States Postal Service at its Accounting Service Center, with a mailing address of P.O. Box 80471, St. Louis, Missouri, 63180-9471.

2. As part of my duties, I receive, investigate and adjudicate administrative tort claims filed against the Postal Service. I have custody of or access to original administrative claim files.

3. On or about February 27, 2003, Safety Insurance Group ("Plaintiff") submitted a subrogation claim to the United States Postal Service, arising out of an accident on September 3, 2002, between Edwin J. Colon and the United States Postal Service. Attached hereto as Exhibit A is a true and accurate copy of that correspondence.

4. On or about March 28, 2003, the United States Postal Service mailed a certified letter to Plaintiff, denying the claim. Attached hereto as Exhibit B is a true and accurate copy of that correspondence. Attached hereto as Exhibit C is a true and accurate copy of the Return Receipt for that correspondence.

5. On October 15, 2003, the United States Postal Service received correspondence from attorney Thomas C. O'Keefe, III enclosing a Claim for Damage, Injury or Death and supporting documentation on behalf of Plaintiff related to the September 3, 2002 accident involving Edwin J. Colon and the United States Postal Service. Attached hereto as Exhibit D is a true and accurate copy of that correspondence.

6. As of the date of this Declaration, and to the best of my knowledge and belief, the Plaintiff did not file a written request for reconsideration within six months from the date of the mailing of the correspondence referenced in Paragraph 4. The correspondence referenced in Paragraph 5 was not received within six months of the denial of Plaintiff's administrative claim.

7. By certified letter dated December 5, 2003, the United States Postal Service denied Plaintiff's request for reconsideration. Attached hereto as Exhibit E is a true and accurate copy of that correspondence. Attached hereto as Exhibit F is a true and accurate copy of the Return Receipt for that correspondence.

8. As of the date of this Declaration, and to the best of my knowledge and belief, the Plaintiff did not file a lawsuit in a United States District Court within six months from the date of the mailing of the correspondence referenced in Paragraph 4.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ⁄⁄6 day of June 2004.

_____
Cynthia Hibbler
Tort Claims Specialist
United States Postal Service