UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAFETY INSURANCE CO.
           Plaintiff(s)

v.                      CIVIL ACTION NO. 04-10932-MEL

UNITED STATES OF AMERICA
           Defendant(s)

**JUDGMENT IN A CIVIL CASE**

**LASKER.S.D.J.**

**G**    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED :**

In accordance with the endorsement dated September 8, 2004. The motion of the defendant United States of America to dismiss is Granted and The Complaint is Dismissed.

TONY ANASTAS,
CLERK OF COURT

Dated: September 10, 2004        By /s/ George H. Howarth
                                                         Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                                          [jgm.]

Case 1:04-cv-10932-MEL    Document 7    Filed 09/10/2004    Page 2 of 2

(Judgment Civil.wpd - 11/98)                                                                                          [jgm.]